Supreme Court, New York Special Term. Reported. N. Y. L. J., April 16, 1901.

In the Matter of the Petition of CHARLES E. SCHUYLER, to Revoke the Liquor Tax Certificate of EDWARD WALDRON.

*Frank L. Mayham,* for petitioner.

*C. C. Leverson,* for respondent.

TRUAX, J.   The sandwiches were not served in good faith as a meal to the witness for the relator. They were not ordered. They were not eaten. The use of the sandwiches was simply an attempt to evade the law.

Motion granted, with costs.